# Third District Court of Appeal
## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1034
Lower Tribunal No. F15-1083
_____

**John J. Wilson, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

John J. Wilson, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.